UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    X

JUAN JOSE' RODRIGUEZ and ROBERTO
COLON ORTIZ,

                              Plaintiffs,         **AFFIDAVIT OF SERVICE**

                                                         Docket No. 1:18-cv-05140

      -against-

METRO ELECTRICAL CONTRACTORS,
INC. and ISAAC [LAST NAME UNKNOWN],
SAMMY [LAST NAME UNKNOWN],
RAFAEL [LAST NAME UNKNOWN] and
YOLY [LAST NAME UNKNOWN],

                              Defendants.
                                            X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NASSAU    )

        KATHLEEN CICCHETI, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age; I reside in Nassau County, New York.

        On January 10, 2020 I served a true and correct copy of the **ORDER DEFERRING RULING ON [22] MOTION TO WITHDRAW AS ATTORNEY AND SETTING AN IN-PERSON HEARING** via email to:

        Abigail Shvartsman, Esq. (In-House Counsel for Metro Electrical Contractors)
        Email: abigail@partkbuildersgroup.com

                                                                   _____
                                                                   Kathleen Cicchetti

Sworn to before me the
10th day of January 10, 2020.

_____
Notary Public

                MARIA WHITEMAN
      Notary Public, State of New York
       Registration No. 01WH6191153
        Qualified in Suffolk County
991085.1    Commission Expires August 4, 20 20